FILED

APR 1 0 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. '08 CR 1123  WQH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | I N F O R M A T I O N |
| v. | ) | |
| | ) | Title 8, U.S.C., |
| JOSE SANCHEZ-SALTO (1) | ) | Secs. 1324(a)(1)(A)(ii) and |
| JAVIER HERRERA-DIAZ (2), | ) | (v)(II) - Transportation of |
| | ) | Illegal Aliens and Aiding and |
| Defendants. | ) | Abetting |

The United States Attorney charges:

On or about March 11, 2008, within the Southern District of California, defendants JOSE SANCHEZ-SALTO and JAVIER HERRERA-DIAZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Miguel Angel Avalos-Torres, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: April 10, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:San Diego
3/14/08