FILED

2008 APR 11 PM 4: 16

CLERK US D...
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff        )        CRIMINAL NO. _08MJ0801_
                             )                08CR1123-WQH
                             )
      vs.                    )             ORDER
                             )
                             )        RELEASING MATERIAL WITNESS
_Jose Sanchez-Salto_         )
                             )
          Defendant(s)       )        Booking No.
                             )
_____)


On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).


_Miguel Angel Avalos-Jones_


DATED: ___4-10-08___


                            ANTHONY J. BATTAGLIA
                    _____
                    UNITED STATES DISTRICT/MAGISTRATE JUDGE


RECEIVED _____            OR
              DUSM


                            W. SAMUEL HAMRICK, JR.  Clerk

                    by _____
                                    Deputy Clerk